TUESDAY, AUGUST 31, 1926

## GENERAL DOCKET

20073—State of Ohio, ex rel. Charles A. Meyers, Jr., v. Supply A. Butterfield et al. In Mandamus. Dismissed by relator at his costs without record.

## MOTION DOCKET

20065—Central Ohio Transit Co. v. Public Utilities Commission of Ohio. Motion by plaintiff for stay of execution. Allowed.

20072—New York Cent. Rd. Co. v. Public Utilities Commission of Ohio. Motion for stay of execution. Allowed.

# THIS WEEK'S DIGEST
## Cases Published in the Abstract

### 103. ASSESSMENTS.

An application filed with the State Highway Commissioner by county commissioners, requesting aid in the improving of a road, is a proceeding (941); and the authority to raise the percentage to be collected by assessment limits the commissioners to assessing the same against abutting property only in pursuance of the act found in 105-106 OL., at page 623. Hellwarth et v. Evans, Treas. OA. 4 Abs. 597.

### 123. BAILMENTS.

Where, pursuant to a bailment contract between the owner of an automobile and a garage company, an employee of the garage while driving the car to the garage uses it for his own purpose without the consent of the employer and while so using it the car is destroyed by fire, may the owner recover from the employer? Nat. Liberty Ins. Co. v. Sturtevant Jones Co. OS. Pend. 4 Abs. 605.

### 225. CHARGE TO JURY. See 1054. Robbery.

### 257. COMMISSIONS.

Where a commission is to be paid to agent in exchange of properties "for consummating a deal for my property," the contract, escrow agreement and other instruments and surrounding circumstances will be taken into consideration to show an intention that the consummation was to be upon the transfer of title to property and not upon the signing of the contract by the parties. Grundstein Real. Co. v. Land Real. Co. OA. 4 Abs. 601.

### 288. CONSPIRACY.

Frankness and hospitality by a conspirator operating a still, actuated by a desire to prevent exposure and to enable co-conspirators to continue operation of still, is in furtherance of the conspiracy and conversation of the conspirator may be testified to. Toneff v. State. OA. 4 Abs. 598.

### 297. CONTRACTS.

1. Defendant cannot claim that under contract, it has the right to decide whether contractor has fully performed, when contractor alleged full and complete performance.

2. Such arbitrary finding would be even beyond the bounds a court might go. Withrow et v. Sprague et. OA. 4 Abs. 601.

Where all writing and contracts for the furnishing of material are between the vendor and contractor, in an action on account may the contractor defend on the ground that its principal was liable because the vendor knew that said material was to be used in the construction of a building for the principal? Clemmer-Johnson Co. v. Moss Iron Works Co. OS. Pend. 4 Abs. 604.

### 301. CONTRIBUTORY NEGLIGENCE.

Where a minor employee has passed through an alley after 8:00 P. M. in violation of a city ordinance, will this fact support the defense of contributory negligence? Home Telephone Co. v. Horn. OS. Pend. 4 Abs. 605.

### 317. COUNTER CLAIM.

A cross-petition and counter-claim to a petition claiming rental is joinable (27) when damages in the counterclaim are alleged by the defendant, due to water flowing onto his premises by reason of negligent heating causing a bursting of pipes. Hunter v. City Savings Bank. OA. 4 Abs. 594.

See also 1104. Statutes.

### 448. ELECTIONS.

Are declarations of candidacy, filed in pencil, sufficient under 4974 GC.? State ex rel Culbertson et v. Butterfield et. OS. Pend. 4 Abs. 603.

### 460. EQUITY.

Where disinherited heirs allow such time to pass in bringing an action to set aside a will on the ground of fraud as to bar them of this remedy by reason of laches, may said heirs maintain an action to have a trust declared in their favor on the ground if fraud? Seeds v. Seeds. OS. Pend. 4 Abs. 602.

1. An injunction to restrain the auditor from refunding liquor tax assessments will not lie, for 2921 and 2922 GC. expressly limits a taxpayer or prosecuting attorney to applying for an injunction restraining a contemplated misapplication of funds or the completion of illegal contracts not fully completed.

2. In all other cases the prosecuting attorney or the taxpayer (1160) acting in his place is by express provision limited to an action at law. State ex Southwell v. Zangerle, Aud. OA. 4 Abs. 495.

### 465. ERROR. See 480. Evidence.

### 480. EVIDENCE.

The rule that admission of evidence in reference to statements made by a party to a collision, whether or not he carried liability insurance is erroneous (465), is not applicable so as to render incompetent conversations discussing liability insurance. Frank v. Corcoran et. OA. 4 Abs. 600.

### 573. GIFTS—Inter Vivos.

Where an intestate before death delivers bank book and a withdrawal slip to a sister with the intention of making a gift, do the funds represented by the bank books belong to the administrator or the donee? Saba Admr. v. Cleveland Trust Co. et. OS. Pend. 4 Abs. 604.

### 575. GOOD WILL.

1. Three years considered sufficient time in which good will of business would attach to vendee.

2. After three years have elapsed, customers of vendor cannot be called his old customers; but are customers of vendee. Suburban Ice Mfg. Co. v. Mulvihill. OA. 4 Abs. 596.